## Tibby's Estate (No. 2).

Argued Nov. 6, 1903.   Appeal, No. 169, Oct. T., 1093, by W. C. Tibby, from decree of O. C. Allegheny Co., April T., 1903, No. 3, awarding partition in estate of James Tibby, deceased.   Before MITCHELL, C. J., FELL, BROWN, MESTREZAT and POTTER, JJ.   Affirmed.

OPINION BY MR. JUSTICE MESTREZAT, January 4, 1904 :

For the reason given in the opinion this day filed at No. 168, October term, 1903, appeal by J. R. W. Tibby from the same decree, the assignments of error are overruled and the decree is affirmed.